**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CATHY L. BALDRIDGE | CIVIL ACTION NO. 04-2381 |
| VERSUS | JUDGE S. MAURICE HICKS,, JR. |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and this case is **REMANDED** to the agency for further proceedings consistent with the court's decision.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 28th day of December, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE